UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER HUN and DANA PAUL, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KASHI COMPANY, a California Corporation,<br><br>*Defendant*. | Case No. 15 Civ. 1391 |

# KASHI COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS OR STAY ACTION PENDING RULING ON MOTION TO APPROVE CLASS SETTLEMENT IN *GARCIA V. KASHI*

Kenneth K. Lee (NY Reg. No. 4056750)
JENNER & BLOCK LLP
klee@jenner.com
633 West 5th Street
Suite 3600
Los Angeles, CA 90071
Tel.: 213 239-5100
Fax: 213 239-5199

*-and-*

Dean N. Panos (applying *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant Kashi Company*

2372129.1

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted herewith, the undersigned attorneys for Defendant Kashi Company shall move this Court, before the Honorable Judge I. Leo Glasser, United States District Court Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, Courtroom 8B South, New York 11201, at a time set by the Court, for an Order dismissing or staying the Class Action Complaint of Plaintiffs Alexander Hun and Dana Paul, on the ground that the nationwide settlement pending in *Garcia v. Kashi Company*, Case No. 1:12-cv-21678 (S.D. Fla.), will dispose of all of the claims in this case.

Dated: June 29, 2015

JENNER & BLOCK LLP

By: /s Kenneth K. Lee

Kenneth K. Lee

*Attorneys for Defendant Kashi Company*